IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WASEEM DAKER,                          )
                                       )
          Petitioner,                  )
                                       )
     v.                                )          CV 622-037
                                       )
BRIAN ADAMS, Warden,                   )
                                       )
          Respondent.                  )

---

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

---

Petitioner Waseem Daker, currently incarcerated at Smith State Prison in Glennville, Georgia, brings the above-captioned petition pursuant to 28 U.S.C. § 2254.  On March 23, 2023, the Court ordered Daker to post a $1,500 contempt bond with the Clerk of Court within fourteen days or face dismissal.  (Doc. no. 61.)  Daker failed to comply, objected, and filed a motion for reconsideration.  (Doc. nos. 62, 63.)  Daker contends the bond requirement violates an array of his constitutional rights, his previous filings are not frivolous, and the bond should not apply to habeas proceedings.  (Id.)  The Court recently rejected these same arguments by Daker in another of his cases, and the Court rejects them again here for the same reasons.  See CV 622-036, doc. no. 25, pp. 8-9.

Thus, the Court **REPORTS** and **RECOMMENDS** the motion for reconsideration be **DENIED**, (doc. no. 63), Daker's § 2254 petition be **DISMISSED** for failure to comply with the contempt bond,  and this civil action be **CLOSED**.

SO REPORTED and RECOMMENDED this 14th day of April, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA