AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WASEEM DAKER,

Petitioner,

AMENDED JUDGMENT
JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 622-037

BRIAN ADAMS, Warden,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated May 9, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Accordingly, the Court dismisses without prejudice Petitioner's motion filed pursuant to 28 U.S.C. § 2254. Further, the Court denies COA and IFP status on appeal. This case stands closed.



05/10/2023

Date

John E. Triplett, Clerk of Court

Clerk

*Tara H. Burton*

(By) Deputy Clerk

GAS Rev 10/2020